UNITED STATES DISTRICT COURT **PLEASE RECEIPT AND RETURN**

SOUTHERN DISTRICT OF CALIFORNIA

2007 NOV 16 A 1:33

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff<br><br>vs.<br><br>Charmine Esparza<br>Defendant(s) | CRIMINAL NO. 07mj2591<br><br>ORDER<br>RELEASING MATERIAL WITNESS<br><br>Booking No. |

On order of the United States District/Magistrate Judge,

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (Bond Posted / Case Disposed / Order of Court).

Betsy Hernandez-De Haro

DATED: 11/15/07

ANTHONY J. BATTAGLIA

UNITED STATES DISTRICT/MAGISTRATE JUDGE

RECEIVED _____
          DUSM

OR

W. SAMUEL HAMRICK, JR.   Clerk

by _____ Deputy Clerk