# UNITED STATES DISTRICT COURT
# OF THE SOUTHER DISTRICT OF CALIFORNIA
# MAGISTRATE JUDGE ANTHONY J. BATTAGLIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>ESPARZA, CHARMAIGNE,<br><br>　　　　Defendant. | Case No.: 07MJ2591<br>Hon: Judge Anthony J. Battaglia<br><br>ORDER TO EXONERATE THE<br>MATERIAL WITNESS BOND |

**ORDER**

IT IS ORDERED that the personal surety bond for the five thousand dollars ($5,000.00), which secured the presence of the material witness Mirella Duran-Morales, be exonerated. The deposit of five hundred dollars ($500.00) for the bond be returned to the surety:

ARNULFO ACEVEDO

3507 W. HAZARD AVE., SANTA ANA CA 92703

DATED: January 3, 2008

_____
Hon. Anthony J. Battaglia
U.S. Magistrate Judge

United States District Court