1
2
3
4
5
6
7
8
9
10
11

# UNITED STATES DISTRICT COURT
# OF THE SOUTER DISTRICT OF CALIFORNIA
# MAGISTRATE JUDGE CATHY ANN BENCIVENGO

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 07 cr 3148 / 07 mj 2591 |
| Plaintiff, | Hon: Judge Cathy Ann Bencivengo |
| vs. | ORDER TO EXONERATE THE MATERIAL WITNESS BOND |
| ESPARZA, CHARMAIGNE, | |
| Defendant. | |

**ORDER**

IT IS ORDERED that the personal surety bond for the five thousand dollars ($5,000.00), which secured the presence of the material witness Betsy Hernandez-De Haro, be exonerated. The deposit of five hundred dollars ($500.00) for the bond be returned to the surety:

ROSARIO HERNANDEZ-CASTILLO

11305 KOESTER ST., CASTROVILLE, CA 95012

Dated: January 14, 2008



Hon. Cathy Ann Bencivengo
U.S. Magistrate Judge