# UNITED STATES DISTRICT COURT

## OF THE SOUTHER DISTRICT OF CALIFORNIA

### MAGISTRATE JUDGE CATHY ANN BENCIVENGO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>ESPARZA, CHARMAIGNE,<br><br>　　　　　Defendant. | Case No.: 07 cr 3148 / 07 mj 2591<br>Hon: Judge Cathy Ann Bencivengo<br><br>ORDER TO EXONERATE THE<br>MATERIAL WITNESS BOND |

**ORDER**

IT IS ORDERED that the personal surety bond for the five thousand dollars ($5,000.00), which secured the presence of the material witness L.H.D (minor), be exonerated. The deposit of five hundred dollars ($500.00) for the bond be returned to the surety:

GRACIELA PEREZ

1406 HILLVIEW DR., MODESTO, CA 95351

Dated: January 14, 2008

Hon. Cathy Ann Bencivengo
U.S. Magistrate Judge